██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERECK HARDY, Appellant. [991 NYS2d 904]—Appeals by the defendant, as limited by his motion, from four sentences of the Supreme Court, Queens County (Griffin, J.), all imposed December 15, 2011, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentences imposed were excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Alexander*, 104 AD3d 862 [2013]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.